429 A.2d 99

Litzenberger et ux., Appellants, v. Blue Cross.

Argued June 9, 1980.  Samuel A. Litzenberger, for appellants; in propria persona; Roberta S. Staats, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

429 A.2d 99

National Cash Register Co. v. Lamoncrees Corp., Appellant.

Argued March 20, 1980.  Ronald A. White, submitted a brief on behalf of appellant;  Melvyn S. Mantz, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.